# Exhibit C



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **CASE NUMBER:** 2024L006012 | **SHERIFF NUMBER:** 50470084 | **MULT. SER.:** 14 | **DOC. TYPE:** LawAL |
| **DIE DATE:** 10/11/2024 | **RECEIVED DATE:** 09/20/2024 | **FILED DATE:** 06/03/2024 | **DIST:** 604 |

| | |
|---|---|
| **DEFENDANT:** PAYCOR INC | **PLAINTIFF:** STONE, LAKEISHA |
| **ADDRESS:** 208 S LASALLE | **ATTORNEY:** Calvita J. Frederick Associates |
| **CITY:** CHICAGO | **ADDRESS:** 2415 W Palmer St |
| **STATE:** IL **ZIP CODE:** 60604 | **CITY:** Chicago |
| **ATTACHED FEE AMT:** | **STATE:** IL **ZIP CODE:** 60647 |
| **SERVICE INFORMATION:** R/A: NATL REG AGENTS INC | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF ___ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

| | | |
|---|---|---|
| **WRIT SERVED ON:** D. ANDERSON | | ATTEMPTED SERVICES |
| **SEX:** F **RACE:** BL **AGE:** 40 | | Date   Time   Star # |
| **THIS** 04 **DAY OF** October 20 24 | | |
| **TIME:** 1:00 PM | | |

THOMAS J. DART,
SHERIFF, BY: /S/   GIBSON, ANDY #11216   , DEPUTY



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2024L006012  **SHERIFF NUMBER:** 50470084  **MULT. SER.:** 14  **DOC. TYPE:** LawAL

**DIE DATE:** 10/11/2024  **RECEIVED DATE:** 09/20/2024  **FILED DATE:** 06/03/2024  **DIST:** 604

| Date | Time | Star # |
|---|---|---|