# Exhibit D



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **CASE NUMBER:** 2024L006012 | **SHERIFF NUMBER:** 50470078 | **MULT. SER.:** 14 | **DOC. TYPE:** LawAL |
| **DIE DATE:** 10/11/2024 | **RECEIVED DATE:** 09/20/2024 | **FILED DATE:** 06/03/2024 | **DIST:** 606 |

| | |
|---|---|
| **DEFENDANT:** BD OF TRUSTEES OF CHGO TEACHER'S PENSION FUND | **PLAINTIFF:** STONE, LAKEISHA |
| **ADDRESS:** 425 S FINANCIAL | **ATTORNEY:** Calvita J. Frederick Associates |
| **CITY:** CHICAGO | **ADDRESS:** 2415 W Palmer St |
| **STATE:** IL **ZIP CODE:** 60606 | **CITY:** Chicago |
| **ATTACHED FEE AMT:** | **STATE:** IL **ZIP CODE:** 60647 |
| **SERVICE INFORMATION:** | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ___ DAY OF ___ 20__.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF ___ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

☐ (01) NO CONTACT   ☐ (05) WRONG ADDRESS   ☐ (09) DECEASED
☐ (02) MOVED   ☐ (06) NO SUCH ADDRESS   ☐ (10) NO REGISTED AGENT
☐ (03) EMPTY LOT   ☐ (07) EMPLOYER REFUSAL   ☐ (11) OUT OF COOK COUNTY
☐ (04) NOT LISTED   ☐ (08) CANCELLED BY PLAINTIFF ATTY   ☐ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:**

| | |
|---|---|
| **WRIT SERVED ON:** SUMMER XINQIU | **ATTEMPTED SERVICES** |
| **SEX:** F **RACE:** AS **AGE:** 50 | Date   Time   Star # |
| **THIS** 04 **DAY OF** October **20** 24 | |
| **TIME:** 11:16 AM | |

**THOMAS J. DART,**
**SHERIFF, BY:** /S/ CHANG, BARBARO #11559 , **DEPUTY**

Page 1 of 2



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2024L006012  **SHERIFF NUMBER:** 50470078  **MULT. SER.:** 14  **DOC. TYPE:** LawAL

**DIE DATE:** 10/11/2024  **RECEIVED DATE:** 09/20/2024  **FILED DATE:** 06/03/2024  **DIST:** 606

| Date | Time | Star # |
| --- | --- | --- |