# Exhibit E

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case information for case number: **2024L006012**

Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2024L006012 | LCALI | 06/03/2024 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| LAKEISHA STONE | Fraud - Jury | NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL<br>BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT | CALVITA FREDERICK JOSEPH RODDY |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| Court Date: | 11/20/2024 | Hearing Type: | Open Call (Judicial Officer:Curry, John J, Jr.,Calendar, I) | Time: | 9:00 AM | Location: | Court Room 1906,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

**Case Activities:**

| Activity Date: | 10/29/2024 | Event Desc: | Notice Of Filing Filed | Comments: | Notice Of Filing Filed |
|---|---|---|---|---|---|

| **Activity Date:** | 10/29/2024 | **Event Desc:** | Appearance Filed - Fee Paid - | **Comments:** | Appearance Filed - Fee |
| --- | --- | --- | --- | --- | --- |
| **Activity Date:** | 10/08/2024 | **Event Desc:** | Case Assigned to Zoom Hearing - Allowed | **Comments:** | |
| **Activity Date:** | 10/08/2024 | **Event Desc:** | Alias Summons - Retd P.S. | **Comments:** | Sheriff ID: 50470084, UNKNOWN LITIGANT Sheriff Filename: 2024L00601250470084.pdf |
| **Activity Date:** | 10/08/2024 | **Event Desc:** | Alias Summons - Retd P.S. | **Comments:** | Sheriff ID: 50470078, UNKNOWN LITIGANT Sheriff Filename: 2024L00601250470078.pdf |
| **Activity Date:** | 10/08/2024 | **Event Desc:** | Case Continued For Case Management Conference - Allowed - | **Comments:** | |
| **Activity Date:** | 09/18/2024 | **Event Desc:** | Alias Summons Issued | **Comments:** | alias summons BENNETT |
| **Activity Date:** | 09/18/2024 | **Event Desc:** | Alias Summons Issued | **Comments:** | ALIAS SUMMONS CTPF BD |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS CUNNINGHAM- ELDER |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS HINTON |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS NLCP |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS MILLER |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS PAYCOR |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS SIMUNOVIC |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS STEANS |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS STEWART |

| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS THOMAS MCDADE |
|---|---|---|---|---|---|
| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS WILONDA |
| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS NLCP BD OF DIR |
| Activity Date: | 09/18/2024 | Event Desc: | Alias Summons Issued | Comments: | ALIAS SUMMONS MINICH |
| Activity Date: | 08/27/2024 | Event Desc: | Case Continued For Case Management Conference - Allowed - | Comments: | |
| Activity Date: | 08/27/2024 | Event Desc: | Case Assigned to Zoom Hearing - Allowed | Comments: | |
| Activity Date: | 08/27/2024 | Event Desc: | Issue Alias Summons - Allowed - | Comments: | |
| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | SUMMONS CANNON |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | CPTF SUMMONS |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | HINTON SUMMONS |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | STEWART SUMMONS |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | SUMMONS JEMIA CUNNINGHAM ELDER |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | SUMMONS NLCP |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | MINICH SUMMONS |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | STEANS SUMMONS |

| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | BENNETT SUMMONS |
|---|---|---|---|---|---|
| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | THOMAS SUMMONS |
| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | MILLER SUMMONS |
| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | SIMUNOVIC SUMMONS |
| Activity Date: | 08/26/2024 | Event Desc: | Summons Issued And Returnable | Comments: | SUMMONS NLCP BD OF DIR |
| Activity Date: | 08/05/2024 | Event Desc: | Case Assigned to Zoom Hearing - Allowed | Comments: | |
| Activity Date: | 08/05/2024 | Event Desc: | Amended Complaint Filed | Comments: | Verified Amended Complaint |
| Activity Date: | 08/05/2024 | Event Desc: | Exhibits Filed | Comments: | Exhibit A 2021 Contrac |

Case: 1:24-cv-11350 Document #: 15 Filed: 11/04/24 Page 8 of 10 PageID #:91

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 08/05/2024 | **Event Desc:** | Case Continued For Case Management Conference - Allowed - | **Comments:** | By order of Court |
| **Activity Date:** | 08/05/2024 | **Event Desc:** | Exhibits Filed | **Comments:** | Exhibit C |
| **Activity Date:** | 08/05/2024 | **Event Desc:** | Exhibits Filed | **Comments:** | Exhibit D |
| **Activity Date:** | 08/05/2024 | **Event Desc:** | Exhibits Filed | **Comments:** | Exhibit D NRS |
| **Activity Date:** | 08/05/2024 | **Event Desc:** | Exhibits Filed | **Comments:** | Exhibit B 2022 Contract |
| **Activity Date:** | 07/11/2024 | **Event Desc:** | Issue Writ - Allowed - | **Comments:** | |
| **Activity Date:** | 07/11/2024 | **Event Desc:** | Amend Complaint Or Petition - Allowed - | **Comments:** | |
| **Activity Date:** | 07/03/2024 | **Event Desc:** | Electronic Notice Sent | **Comments:** | |

| Activity Date: | 06/25/2024 | Event Desc: | Notice Of Motion Filed | Comments: | Notice of Routine Motion |
|---|---|---|---|---|---|
| Activity Date: | 06/25/2024 | Event Desc: | Routine Motion Filed | Comments: | Routine Motion or Leave to File Corrected or Amended Complaint |
| Activity Date: | 06/03/2024 | Event Desc: | Exhibits Filed | Comments: | Exhibit D Charge of Discrimination |
| Activity Date: | 06/03/2024 | Event Desc: | Exhibits Filed | Comments: | Exhibit D RTS |
| Activity Date: | 06/03/2024 | Event Desc: | Exhibits Filed | Comments: | Exhibit B 2022 Contract |
| Activity Date: | 06/03/2024 | Event Desc: | Exhibits Filed | Comments: | Exhibit A 2021 Contrac |
| Activity Date: | 06/03/2024 | Event Desc: | Fraud Complaint Filed (Jury Demand) | Comments: | Verified Complaint |
| Activity Date: | 06/03/2024 | Event Desc: | New Case Filing | Comments: | |

Please Note:If you do not find a case you are looking for, please contact our Customer Service Call Center at (312) 603-5030 and they can assist you with your search.