# Exhibit F

# Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Joseph P. Roddy <JRoddy@burkelaw.com> |
| **Sent:** | Tuesday, October 29, 2024 9:07 AM |
| **To:** | Morrell, Benjamin S.; Herzig, Aaron M. |
| **Cc:** | Jason T. Manning; Kevin P. McKeown |
| **Subject:** | RE: Lakeisha Stone v. North Lawndale College Prep High School, et al., Case No. 2024 L 006012, Circuit Court of Cook County, Law Division |

Aaron/Ben – the Chicago Teachers' Pension Fund consents to Paycor's filing of a motion to remove the above matter to Federal Court.

Thanks,

Joe

**Joseph P. Roddy** | *Partner*
**P** 312-840-7033 | **F** 312-840-7900 | JRoddy@burkelaw.com | www.burkelaw.com
**Burke, Warren, MacKay & Serritella, P.C.** 330 N Wabash Ave, Suite 2100, Chicago IL 60611

*Effective January 1, 2024, the Corporate Transparency Act (CTA) will require many legal entities to file certain information with the Financial Crimes Enforcement Network (FinCEN). Please contact your Burke Warren attorney to discuss your compliance obligations.*

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Friday, October 25, 2024 2:35 PM
**To:** Kevin P. McKeown <KMcKeown@hlerk.com>
**Cc:** Jason T. Manning <JManning@hlerk.com>; Herzig, Aaron M. <aherzig@taftlaw.com>; Joseph P. Roddy <JRoddy@burkelaw.com>
**Subject:** RE: Lakeisha Stone v. North Lawndale College Prep High School, et al., Case No. 2024 L 006012, Circuit Court of Cook County, Law Division

You don't often get email from bmorrell@taftlaw.com. Learn why this is important
**[EXTERNAL]**

**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
**Dir:** 312.840.4489
**Tel:** 312.527.4000 | **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

1