UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEISHA STONE, <br><br>  Plaintiff, <br><br> v. <br><br> NORTH LAWNDALE COLLEGE PREPERATORY CHARTER HIGH SCHOOL; BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL; JENNA CUNNINGHAM-ELDER, in her Ind Capacity as Chief Executive Officer; ERIN SIMUNOVIC, in her Ind Capacity as CEO; GARLAND LOUIS THOMAS-McDADE, in his Ind Capacity as Board Member; BRUCE MILLER, in his Ind Capacity as Board Member; ALLEN BENNETT, in his Ind Capacity as Board Member; ROBIN STEANS, in her Ind Capacity as Board Member; JIM MINIS, in his Ind Capacity as Board Member; DR. KIM HINTON, in her Ind Capacity as Board Member; WILONDA CANNON, in her Ind Capacity as Board Member; CARRIE STEWART, in her Ind Capacity as Board Member; PAYCOR, INC.; and THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, <br><br>  Defendants. | Case No. 1:24-cv-11350 <br><br> District Judge Coleman <br><br> Magistrate Judge Valdez |

**NOTIFICATION OF AFFILIATES**

Defendant Paycor, Inc., by and through its undersigned counsel, files this Notification of Affiliates pursuant to Local Rule 3.2. The following entities or individuals own, directly or

indirectly (through ownership of one or more other entities), 5% or more of Paycor:

- Paycor, Inc. is 100% owned by Pride Guarantor, Inc.

- Pride Guarantor, Inc. is 100% owned by Paycor HCM, Inc.

- Paycor HCM, Inc. is 53.8% owned by Pride Aggregator, L.P. and the remaining 46.2% by public shareholders.

Date: November 5, 2024

Respectfully submitted,

PAYCOR, INC.

/s/ *Benjamin S. Morrell*
Benjamin S. Morrell (ARDC No. 6341896)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant Paycor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Calvita J. Frederick
CALVITA J. FREDERICK & ASSOCIATES
P.O. Box 802976
Chicago, IL 60680-2976
Tel.: (312) 421-5544
Fax: (312) 277-7190
cjf@cjfredericklaw.com
*Counsel for Plaintiff*

Joseph P. Roddy
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, IL 60611-3607
Tel.: (312) 840-7000
jroddy@burkelaw.com
*Counsel for the Pension Fund*

Jason T. Manning
Kevin P. McKeown
HODGES, LOIZZI, EISENHAMMER, RODICK & KOHN LLP
500 Park Boulevard, Suite 1000
Itasca, IL 60143
Tel.: (847) 670-9000
Fax: (847) 670-7334
jmanning@hlerk.com
kmckeown@hlerk.com
*Counsel for NLCP, the Board of NLCP, and the individual Defendants*

Date: November 5, 2024

/s/ *Benjamin S. Morrell*