# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LAKEISHA STONE, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-11350 |
| NORTH LAWNDALE COLLEGE PREPERATORY CHARTER HIGH SCHOOL; BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL; JENNA CUNNINGHAM-ELDER, in her Ind Capacity as Chief Executive Officer; ERIN SIMUNOVIC, in her Ind Capacity as CEO; GARLAND LOUIS THOMAS-McDADE, in his Ind Capacity as Board Member; BRUCE MILLER, in his Ind Capacity as Board Member; ALLEN BENNETT, in his Ind Capacity as Board Member; ROBIN STEANS, in her Ind Capacity as Board Member; JIM MINIS, in his Ind Capacity as Board Member; DR. KIM HINTON, in her Ind Capacity as Board Member; WILONDA CANNON, in her Ind Capacity as Board Member; CARRIE STEWART, in her Ind Capacity as Board Member; PAYCOR, INC.; and THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, | District Judge Coleman |
| | Magistrate Judge Valdez |
| Defendants. | |

## DEFENDANT PAYCOR, INC.'S MOTION TO DISMISS

Defendant Paycor, Inc., by and through its undersigned counsel, moves to dismiss Plaintiff's claims against it for failure to state a claim upon which relief can be granted, pursuant to

Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Paycor states as follows:

1. Plaintiff's claim for delinquent pension contributions (Count I) against Paycor should be dismissed because, although the caption for Count I indicates that it is against Paycor, Plaintiff seeks no relief from Paycor. Additionally, Plaintiff lacks a legal basis under the Illinois Pension Code to sue Paycor.

2. Plaintiff's fraud claim (Count III) against Paycor should be dismissed because Plaintiff fails to plead it with particularity and fails to plausibly allege the elements that Paycor made any specific statements to Plaintiff, or that Paycor had knowledge that any alleged statement at issue was false.

3. Plaintiff's claim requesting an accounting (Count V) against Paycor should be dismissed because she requests no relief against Paycor and Paycor does not control NLCP's books and records.

4. Plaintiff's claim under the Illinois Whistleblower Act (Count VI) against Paycor should be dismissed because Plaintiff fails to plausibly allege that Paycor was her employer or that it took a materially adverse action against her.

5. Plaintiff's claim in the alternative for negligence (Count X) against Paycor should be dismissed because Plaintiff fails to plausibly allege that Paycor, a third-party payroll processor, owed her a duty of care. Plaintiff also fails to sufficiently plead the elements of breach and proximate cause.

6. Plaintiff's claim in the alternative for willful and wanton conduct (Count XI) against Paycor should be dismissed for the same reasons as Count X and because she fails to plausibly allege that Paycor engaged in sufficiently egregious conduct or consciously disregarded the safety

2

of others.

7. To the extent Plaintiff intends to assert a claim under the Illinois Wage Payment and Collection Act, it should be dismissed because Plaintiff includes no allegations related to this claim in her complaint.

8. In further support of this motion, Paycor submits the attached memorandum of law, as well as a copy of each authority cited therein that is published only on electronic databases, such as Westlaw and Lexis, pursuant to the Court's standing order on "Memorandum of Law Requirements."[1]

9. Paycor shall deliver to the Court within 24 hours of filing this motion courtesy copies of this motion and all supporting documents, pursuant to the Court's standing order on "Courtesy Copies.[2]

For these reasons, discussed more fully in the accompanying memorandum of law, Paycor respectfully requests that the Court grant its motion and dismiss all of Plaintiff's claims against Paycor.

Date: November 12, 2024

Respectfully Submitted,

PAYCOR, INC.

/s/ *Benjamin S. Morrell*
Benjamin S. Morrell (ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

---

[1] *See* https://www.ilnd.uscourts.gov/judge-cmp-detail.aspx?cmpid=626.
[2] *See* https://www.ilnd.uscourts.gov/judge-cmp-detail.aspx?cmpid=1144.

bmorrell@taftlaw.com

*Counsel for Defendant Paycor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via U.S. Mail, First-Class, postage prepaid, and via email to:

Calvita J. Frederick
Calvita J. Frederick & Associates
P.O. Box 802976
Chicago, IL 60680-2976
Tel.: (312) 421-5544
Fax: (312) 277-7190
cjf@cjfredericklaw.com
*Counsel for Plaintiff*

Jason T. Manning
Kevin P. McKeown
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP
500 Park Boulevard, Suite 1000
Itasca, IL 60143
Tel.: (847) 670-9000
Fax: (847) 670-7334
jmanning@hlerk.com
kmckeown@hlerk.com
*Counsel for NLCP, the Board of NLCP, and the individual Defendants*

Date: November 12, 2024

/s/ Benjamin S. Morrell

5