**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: STONE VS NORTH LAWNDALE COLLEGE PREP, et al

Case Number: 24 CV 11350

An appearance is hereby filed by the undersigned as attorney for: LAKEISHA STONE

Attorney name (type or print): Jessica G. Brown

Firm: Jessica G. Brown, Esq.

Street address: P.O. Box 802945

City/State/Zip: Chicago, Illinois

Bar ID Number: 6307684
(See item 3 in instructions)

Telephone Number: 773-426-4749

Email Address: Jessbrown407@yahoo.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☒ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/19/2024

Attorney signature: S/ Jessica G. Brown
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023