IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEISHA STONE<br><br>Plaintiff,<br><br>v.<br><br>NORTH LAWNDALE COLLEGE PREP, et al<br><br>Defendants. | No. 24 CV 11350<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:  Benjamin S. Morrell  
      Taft Stettinius & Hollister LLP  
      111 East Wacker Drive, Suite 2600  
      Chicago, IL 60601  

Jason T. Manning  
Kevin P. McKeown  
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP  
500 Park Boulevard, Suite 1000  
Itasca, IL 60143  

**PLEASE TAKE NOTICE** at on **January    8th   at    10   AM**, or as soon as thereafter I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead in **Courtroom 1241** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: **Plaintiff's Motion for Additional Time to File Response to Motion to Dismiss Amended Complaint**.

## CERTIFICATE OF SERVICE

I hereby certify that on December   23  , 2024, I provided service to the person of persons listed above by the following means:  USDC Electronic Filing System.

Signature:   /s/ Jessica G. Brown              Date: December   23  , 2024

Jessica G. Brown  
Attorney for Plaintiff  
Post Office Box 802945  
Chicago, Illinois 60680-2976  
(773) 426-4749  
ARDC #: 6307684