UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LAKEISHA STONE** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | 24 CV 11350 |
| | ) | |
| NORTH LAWNDALE COLLEGE PREP, et al | ) | |
| | ) | Judge COLEMAN |
| **Defendants.** | ) | |

### MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT

NOW COMES Plaintiff **LAKEISHA STONE** (hereinafter **"STONE"** or "Plaintiff") by and through her attorney Jesssica G. Brown, and in support of her Motion for Additional Time to File Plaintiff's Response to the Motion to Dismiss the Amended Complaint filed by the defendants, **PAYCOR, INC.**, states as follows:

1. Defendants have filed a Motion to Dismiss Plaintiff's Amended Complaint. [Dkt. # 7]

2. By way of Minute Order, Plaintiff was granted until December 20, 2024, to file her Response to Defendant's Motion to Dismiss. [Dkt. #9]

3. Plaintiff's Complaint was originally filed in the Circuit Court of Cook County and was removed to federal court by Defendant Paycor, Inc.

4. Counsel was recently retained and requires additional time to familiarize herself with the case and prepare Plaintiff's Response to Defendant Paycor's motion.

5. Plaintiff is requesting an additional three weeks in which to complete the Response to the Motion to Dismiss the Amended Complaint.

6. Defendants will not be prejudiced by the granting of this motion.

7. Counsel for the parties have consulted and Defendants' counsel does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant an additional 21 days for Plaintiff to file her Response to the Motion to Dismiss the Amended Complaint, additional time for Defendants' Reply to be filed, and for such additional relief as this Court deems just and proper.

                                      Respectfully submitted,

                                      LAKEISHA STONE

                                      By:    s/ Jessica G. Brown
                                                      Attorney for Plaintiff

Jessica G. Brown, Esq.
Post Office Box 802945
Chicago, Illinois 60680
773-426-4749
ARDC #: 6307684
jessbrown407@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this __20th__ day of December, 2024 she caused a copy of the foregoing **PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO MOTION TO DISMISS THE AMENDED COMPLAINT** was filed with the Clerk of Court for the United States District Court for the Seventh Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the District Court CM/ECF system to all attorneys of record.

                                                          s/ Jessica G. Brown
                                                          Jessica G. Brown
                                                          Attorney for Plaintiff