**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Lakeisha Stone

                         Plaintiff,

v.                         Case No.: 1:24−cv−11350

                         Honorable Sharon Johnson Coleman

North Lawndale College Preparatory Charter High School, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 26, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for additional time to file response motion to dismiss amended complaint [11] is granted. Plaintiff to file a response due by 1/10/2025. Defendant Paycor, Inc. to file a reply by 1/24/2025. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.