UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAKEISHA STONE,

      Plaintiff,

v.

NORTH LAWNDALE COLLEGE PREPERATORY CHARTER HIGH SCHOOL, BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, JENNA CUNNINGHAM-ELDER in her Ind Capacity as Chief Executive Officer, ERIN SIMUNOVIC, in her Ind Capacity as CEO, GARLAND LOUIS THOMAS-MCDADE, in his Ind Capacity as Board Member, BRUCE MILLER, in his Ind Capacity as Board Member, ALLEN BENNETT in his Ind Capacity as Board Member, ROBIN STEANS, in her Ind Capacity as Board Member, JIM MINIS, in his Ind Capacity as Board Member, DR. KIM HINTON, in her Ind Capacity as Board Member, WILONDA CANNON, in her Ind Capacity as Board Member, CARRIE STEWART, in her Ind Capacity as Board Member, PAYCOR, INC., and THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO,
      Defendants.

Case No. 24 CV 11350

Judge Sharon Johnson Coleman

**PLAINTIFF'S RESPONSE TO DEFENDANT PAYCOR'S MOTION TO DISMISS THE AMENDED COMPLAINT**

      Now comes LAKEISHA STONE, ("STONE" or "Plaintiff") by and through her attorneys, Jessica G. Brown and in response to Defendant PAYCOR'S Motion to Dismiss the Amended Complaint, states as follows:

1. Defendant PAYCOR has caused to be filed a motion to dismiss the amended complaint wherein Defendant details certain omissions, deficiencies, and errors in the Amended Complaint.

2. Rather than present an argument in response to Defendant's alleged errors and/or omissions, Plaintiff has prepared a Second Amended Complaint, in lieu of a detailed response. (See Second Amended Complaint attached hereto as Exhibit "A")

WHEREFORE, Plaintiff respectfully prays that the Court deny Defendant Paycor's Motion to Dismiss the Amended Complaint, grant PAYCOR leave to file an Answer or other responsive pleading and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Jessica G. Brown
JESSICA G. BROWN
Attorney for LAKEISHA STONE

Jessica G. Brown
Attorney for Plaintiff
Post Office Box 802945
Chicago, Illinois 60680
(773) 426-4749
ARDC ID # 6307684

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I provided service to all attorneys of record by the following means: USDC Electronic Filing System.

Signature:  /s/ Jessica G. Brown             Date:   January 22, 2025

Jessica G. Brown
Attorney for Plaintiff
Post Office Box 802945
Chicago, Illinois 60680-2976
(773) |426-4749
ARDC # 6307684