UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEISHA STONE,<br><br>        Plaintiff,<br><br>v.<br><br>NORTH LAWNDALE COLLEGE PREPERATORY CHARTER HIGH SCHOOL; BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL; JENNA CUNNINGHAM-ELDER, in her Ind Capacity as Chief Executive Officer; ERIN SIMUNOVIC, in her Ind Capacity as CEO; GARLAND LOUIS THOMAS-McDADE, in his Ind Capacity as Board Member; BRUCE MILLER, in his Ind Capacity as Board Member; ALLEN BENNETT, in his Ind Capacity as Board Member; ROBIN STEANS, in her Ind Capacity as Board Member; JIM MINIS, in his Ind Capacity as Board Member; DR. KIM HINTON, in her Ind Capacity as Board Member; WILONDA CANNON, in her Ind Capacity as Board Member; CARRIE STEWART, in her Ind Capacity as Board Member; PAYCOR, INC.; and THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO,<br><br>        Defendants. | Case No. 1:24-cv-11350<br><br>District Judge Coleman<br><br>Magistrate Judge Valdez |

**<u>UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT</u>**

    Defendant Paycor, Inc., by and through its undersigned counsel, moves for leave to exceed the page limit imposed by Local Rule 7.1 for briefs in support of motions. Paycor's counsel has

conferred with Plaintiff's counsel and this motion is unopposed.

Specifically, Paycor requests permission to file a 20-page brief in support of its motion to dismiss the claims against it in Plaintiff's Second Amended Complaint. In support of this motion, Paycor states as follows:

1. Paycor moved to dismiss Plaintiff's claims against it in the First Amended Complaint shortly after removing this case to this Court. (D.E. 7; *see* D.E. 1.) Rather than respond to the substance of Paycor's arguments, Plaintiff requested leave to amend. (D.E. 19.)

2. The Court granted Plaintiff leave to amend, struck Paycor's motion to dismiss the First Amended Complaint as moot, and set a briefing schedule for Paycor's motion to dismiss the Second Amended Complaint. (D.E. 20; D.E. 22.) Paycor's motion to dismiss the Second Amended Complaint is due on February 10. (D.E. 20.)

3. The Court's standing order on "Memorandum of Law Requirements" provides that motions for leave to exceed Local Rule 7.1's limit of 15 pages for memoranda in support of motions "shall not be granted unless warranted." Paycor submits that good cause exists to grant an additional five pages of length for the brief in support of its motion to dismiss the Second Amended Complaint, for the following reasons.

4. The Second Amended Complaint asserts at least 14 causes of action. (*See* D.E. 21 at 1, 17–44.) Paycor is named in seven of them. Differences from the First Amended Complaint include Plaintiff adding new claims against Paycor and adding allegations throughout the complaint in response to the arguments contained in Paycor's previous motion to dismiss, which will require additional discussion in Paycor's new motion to dismiss.

5. To adequately respond to Plaintiff's new claims and allegations, Paycor requests

leave to file a brief in support of its motion to dismiss the Second Amended Complaint no longer than 20 pages.

6.	Counsel for Paycor has conferred with Plaintiff's counsel regarding this motion. Plaintiff does not object to the relief requested herein.

For these reasons, the Court should grant Paycor's motion and allow Paycor to file a brief no longer than 20 pages in length in support of its motion to dismiss the Second Amended Complaint.

Date: February 5, 2025

Respectfully Submitted,

PAYCOR, INC.

/s/ *Benjamin S. Morrell*
Benjamin S. Morrell (ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant Paycor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via email to:

Jason T. Manning
Kevin P. McKeown
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP
500 Park Boulevard, Suite 1000
Itasca, IL 60143
Tel.: (847) 670-9000
Fax: (847) 670-7334
jmanning@hlerk.com
kmckeown@hlerk.com
*Counsel for NLCP, the Board of NLCP, and the individual Defendants*

Date: February 5, 2025

/s/ *Benjamin S. Morrell*