IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LAKEISHA STONE** | |
| **Plaintiff,** | |
| v. | No. 24 CV 11350 |
| **NORTH LAWNDALE COLLEGE PREP,** et al | Judge Sharon Johnson Coleman |
| **Defendants.** | |

**MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

NOW COMES Plaintiff **LAKEISHA STONE** (hereinafter **"STONE"** or "Plaintiff") by and through her attorney Jesssica G. Brown, and in support of her Motion for Additional Time to File Plaintiff's Response to the Motion to Dismiss the Second Amended Complaint filed by the defendants, **PAYCOR, INC.,** states as follows:

1. Defendants have filed a Motion to Dismiss Plaintiff's Second Amended Complaint. [Dkt. # 29]

2. By way of Minute Order, Plaintiff was granted until March 3, 2025, to file her Response to Defendant's Motion to Dismiss. [Dkt. #20]

3. Plaintiff's Complaint was originally filed in the Circuit Court of Cook County and was removed to federal court by Defendant Paycor, Inc.

4. Counsel has simultaneously filed a Notice of Voluntary Dismissal of Count IX of the Complaint, which is the only count granting federal court jurisdiction over this case. Plaintiff is also respectfully requesting this Honorable Court exercise its discretion and remand this case to the Circuit Court of Cook County.

5.  Plaintiff is requesting this Honorable Court stay the proceedings on the Motion to Dismiss the Second Amended Complaint until such time as this Court enters a ruling on whether or not the case will be remanded. In the alternative, Plaintiff is requesting an additional 21 days after the Court rules on remanding the case to the state court, if necessary, to file the Response to the Motion to Dismiss the Second Amended Complaint.

6.  Defendants will not be prejudiced by the granting of this motion.

7.  Counsel for the parties have not consulted with Defendants' counsel.

8.  This motion is not offered for purposes of delay or for any other improper purpose.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court stay the briefing schedule on Defendant Paycor's Motion to Dismiss the Second Amended Complaint until this Honorable Court rules on the issue of remanding the case to state court; grant an additional 21 days for Plaintiff to file her Response to the Motion to Dismiss the Second Amended Complaint, if necessary, and also grant additional time, if necessary for Defendants' Reply to be filed, and for such additional relief as this Court deems just and proper.

          Respectfully submitted,
          LAKEISHA STONE

          By:    s/ Jessica G. Brown
                   Attorney for Plaintiff

JESSICA G. BROWN
Attorney for Plaintiff
Post Office Box 802945
Chicago, Illinois 60680-2945
(773) 426-4749
ARDC #: 6307684

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this __2nd__ day of March 2025 she caused a copy of the foregoing **PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** was filed with the Clerk of Court for the United States District Court for the Seventh Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court CM/ECF system to all attorneys of record.

Signature:  /s/ Jessica G. Brown           Date:   March 2, 2025

Jessica G. Brown
Attorney for Plaintiff
Post Office Box 802945
Chicago, Illinois 60680-2976
(773) |426-4749
ARDC #: 6307684