IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKEISHA STONE **Plaintiff,** v. NORTH LAWNDALE COLLEGE PREP, et al **Defendants.** | No. 24 CV 11350 Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on March __11__ 2025____ at __10:00___ AM, or as soon as thereafter I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead in Courtroom 1241 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and shall present the following: **Plaintiff's Notice of Voluntary Dismissal of Count IX of the Complaint, and Request to Remand Case to State Court and Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss Second Amended Complaint.**

Date: March 2, 2025

Respectfully submitted,

LAKEISHA STONE

/s/ Jessica G. Brown
Jessica G. Brown
Post Office Box 8022945
Chicago, Illinois 60680-2945
(773) |426-4749
ARDC #: 6307684

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2025, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record. I further certify that on the date listed below, I sent the foregoing document via email to:

Jason T. Manning
Kevin P. McKeown
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP
500 Park Boulevard, Suite 1000
Itasca, IL 60143
Tel.: (847) 670-9000
Fax: (847) 670-7334
jmanning@hlerk.com
kmckeown@hlerk.com

*Counsel for NLCP, the Board of NLCP, and the individual Defendants*

Signature:   /s/ Jessica G. Brown            Date: March 2, 2025

Jessica G. Brown
Attorney for Plaintiff
Post Office Box 8022945
Chicago, Illinois 60680-2945
(773) |426-4749
ARDC #: 6307684