UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEISHA STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH LAWNDALE COLLEGE | ) | Case No. 24 CV 11350 |
| PREPERATORY CHARTER HIGH SCHOOL, | ) | Judge Sharon Johnson Coleman |
| BOARD OF DIRECTORS OF NORTH | ) | |
| LAWNDALE COLLEGE PREPARATORY | ) | |
| CHARTER HIGH SCHOOL, JENNA | ) | |
| CUNNINGHAM-ELDER in her Ind Capacity as | ) | |
| Chief Executive Officer, ERIN SIMUNOVIC, in | ) | |
| her Ind Capacity as CEO, GARLAND LOUIS | ) | |
| THOMAS-MCDADE, in his Ind Capacity as Board | ) | |
| Member, BRUCE MILLER, in his Ind Capacity as | ) | |
| Board Member, ALLEN BENNETT in his Ind | ) | |
| Capacity as Board Member, ROBIN STEANS, in | ) | |
| her Ind Capacity as Board Member, JIM MINIS, in | ) | |
| his Ind Capacity as Board Member, DR. KIM | ) | |
| HINTON, in her Ind Capacity as Board Member, | ) | |
| WILONDA CANNON, in her Ind Capacity as | ) | |
| Board Member, CARRIE STEWART, in her Ind | ) | |
| Capacity as Board Member, PAYCOR, INC., and | ) | |
| THE BOARD OF TRUSTEES OF THE PUBLIC | ) | |
| SCHOOL TEACHERS' PENSION AND | ) | |
| RETIREMENT FUND OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHOOL DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT PENDING COURT'S RULING ON PLAINTIFF'S REQUEST TO REMAND TO STATE COURT**

Defendants, BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, JEMIA CUNNINGHAM-ELDER, ERIN SIMUNOVIC, GARLAND LOUIS THOMAS-McDADE, BRUCE MILLER, ALLEN

1

BENNETT, ROBIN STEANS, JIM MINIS, KIM HINTON, WILONDA CANNON, and CARRIE STEWART (collectively, "School Defendants"), through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and 12, submit their Unopposed Motion to Stay the Deadline to File their Responsive Pleading to Plaintiff's Second Amended Complaint Pending the Court's Ruling on Plaintiff's Request to Remand to State Court. In support, School Defendants state as follows:

1. Plaintiff filed the underlying Second Amended Complaint on January 26, 2025 [Dkt. 21].

2. Undersigned counsel executed a waiver of service of summons on behalf of all School Defendants on February 5, 2025.

3. Based on the fully executed waiver of service of summons, School Defendants' responsive pleading to the Second Amended Complaint is due on March 10, 2025. School Defendants intend to file a motion to dismiss all counts brought against School Defendants.

4. However, on March 2, 2025, Plaintiff filed a notice of voluntary dismissal of Count IX (the only federal claim in this case) and requested in the same filing that the Court remand this case back to state court [Dkt. 30].

5. Likewise, on March 2, 2025, Plaintiff also filed a separate motion to stay her deadline to respond to Defendant Paycor's pending motion to dismiss Plaintiff's Second Amended Complaint until after the Court rules on her request to remand this case back to state court [Dkt. 31].

6. On March 3, 2025, Defendant Paycor filed a motion to set a briefing schedule on Plaintiff's request to remand this case back to state court [Dkt. 34].

7. Given the uncertainty over whether this case will remain in federal court or be remanded to state court, School Defendants respectfully request that the Court stay the deadline to

file their responsive pleading to Plaintiff's Second Amended Complaint until a date certain after the Court issues its ruling on Plaintiff's request to remand to state court.

8. This is the first stay/extension sought by School Defendants in this matter.

9. Undersigned counsel notified Plaintiff's counsel that it would be filing this motion. Plaintiff's counsel indicated that she has no objection to the relief sought in this motion.

10. This motion is made for good cause shown and in the interests of substantial justice and fairness. This motion is not brought to cause any unjust delay in litigation, or to harass or prejudice any party hereto if granted.

WHEREFORE, School Defendants respectfully request that the Court grant this motion and stay the deadline to file their responsive pleading to Plaintiff's Second Amended Complaint until a date certain after the Court issues its ruling on Plaintiff's request to remand to state court.

Respectfully submitted,

**BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, JEMIA CUNNINGHAM-ELDER, ERIN SIMUNOVIC, GARLAND LOUIS THOMAS-McDADE, BRUCE MILLER, ALLEN BENNETT, ROBIN STEANS, JIM MINIS, KIM HINTON, WILONDA CANNON, and CARRIE STEWART**

By: /s/      Kevin P. McKeown
       One of their Attorneys

Jason T. Manning, No. 6290126 (jmanning@hlerk.com)
Kevin P. McKeown, No. 6324330 (kmckeown@hlerk.com)
Valerie A. Robert, No. 6339586 (vrobert@hlerk.com)
Hodges, Loizzi, Eisenhammer,
   Rodick & Kohn LLP
500 Park Blvd., Suite 1000
Itasca, IL  60143
(847) 670-9000
(847) 670-7334 (Facsimile)

**CERTIFICATE OF SERVICE**

      Kevin P. McKeown, an attorney, certifies that on March 5, 2025, the foregoing **School Defendants' Unopposed Motion to Stay the Deadline to File their Responsive Pleading to Plaintiff's Second Amended Complaint Pending the Court's Ruling on Plaintiff's Request to Remand to State Court** was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF System and was electronically served on that date via the CM/ECF system to all registered e-filers.

                                                                                        By: /s/ Kevin P. McKeown
                                                                                            Attorney for School Defendants

Jason T. Manning, No. 6290126
Kevin P. McKeown, No. 6324330
Valerie A. Robert, No. 6339586
Hodges, Loizzi, Eisenhammer,
    Rodick & Kohn LLP
500 Park Blvd., Suite 1000
Itasca, IL 60143
(847) 670-9000
(847) 670-7334 (Facsimile)
jmanning@hlerk.com
kmckeown@hlerk.com
vrobert@hlerk.com

1327626.1