UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKEISHA STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH LAWNDALE COLLEGE PREPERATORY CHARTER HIGH SCHOOL, BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, JENNA CUNNINGHAM-ELDER in her Ind Capacity as Chief Executive Officer, ERIN SIMUNOVIC, in her Ind Capacity as CEO, GARLAND LOUIS THOMAS-MCDADE, in his Ind Capacity as Board Member, BRUCE MILLER, in his Ind Capacity as Board Member, ALLEN BENNETT in his Ind Capacity as Board Member, ROBIN STEANS, in her Ind Capacity as Board Member, JIM MINIS, in his Ind Capacity as Board Member, DR. KIM HINTON, in her Ind Capacity as Board Member, WILONDA CANNON, in her Ind Capacity as Board Member, CARRIE STEWART, in her Ind Capacity as Board Member, PAYCOR, INC., and THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 24 CV 11350<br>Judge Sharon Johnson Coleman |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  All Registered Efilers

PLEASE TAKE NOTICE that on **March 7, 2025, at 10:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman in Courtroom 1241 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois 60604 and then and there present **School Defendants' Unopposed Motion to Stay Deadline to File Responsive Pleading to Plaintiff's Second Amended Complaint Pending Court's Ruling on Plaintiff's Request to Remand to State Court**, copies of which are hereby served upon you.

1

Respectfully submitted,

**BOARD OF DIRECTORS OF NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, NORTH LAWNDALE COLLEGE PREPARATORY CHARTER HIGH SCHOOL, JEMIA CUNNINGHAM-ELDER, ERIN SIMUNOVIC, GARLAND LOUIS THOMAS-McDADE, BRUCE MILLER, ALLEN BENNETT, ROBIN STEANS, JIM MINIS, KIM HINTON, WILONDA CANNON, and CARRIE STEWART**

By: /s/ Kevin P. McKeown
    One of the Attorneys for School Defendants

Jason T. Manning, No. 6290126
Kevin P. McKeown, No. 6324330
Valerie A. Robert, No. 6339586
Hodges, Loizzi, Eisenhammer,
    Rodick & Kohn LLP
500 Park Blvd., Suite 1000
Itasca, IL 60143
(847) 670-9000
(847) 670-7334 (Facsimile)
jmanning@hlerk.com
kmckeown@hlerk.com
vrobert@hlerk.com

**CERTIFICATE OF SERVICE**

     Kevin P. McKeown, an attorney, certifies that on March 5, 2025, the foregoing **School Defendants' Unopposed Motion to Stay Deadline to File Responsive Pleading to Plaintiff's Second Amended Complaint Pending Court's Ruling on Plaintiff's Request to Remand to State Court** was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF System and was electronically served on that date via the CM/ECF system to all registered e-filers.

                                                                                    By: /s/ Kevin P. McKeown
                                                                                              Attorney for School Defendants

Jason T. Manning, No. 6290126
Kevin P. McKeown, No. 6324330
Valerie A. Robert, No. 6339586
Hodges, Loizzi, Eisenhammer,
    Rodick & Kohn LLP
500 Park Blvd., Suite 1000
Itasca, IL 60143
(847) 670-9000
(847) 670-7334 (Facsimile)
jmanning@hlerk.com
kmckeown@hlerk.com
vrobert@hlerk.com

1327991.1