**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Lakeisha Stone v. North Lawndale College Preparatory Charter High School et al.

Case Number: 24-CV-11350

An appearance is hereby filed by the undersigned as attorney for:
Board of Directors of North Lawndale College Preparatory Charter High School, North Lawndale College Preparatory Charter High School, Jemia Cunningham-Elder, Erin Simunovic, Garland Louis Thomas-McDade, Bruce Miller, Allen Bennett, Robin Steans, Jim Minis, Kim Hinton, Wilonda Cannon, and Carrie Stewart

Attorney name (type or print): Jason T. Manning

Firm: Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP

Street address: 500 Park Blvd. Ste. 1000

City/State/Zip: Itasca, IL 60143

Bar ID Number: 6290126
(See item 3 in instructions)

Telephone Number: 847-670-9000

Email Address: jmanning@hlerk.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you a
 ☐ Federal Defender
 ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 5, 2025

Attorney signature: S/ Jason T. Manning
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023