**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lakeisha Stone

                                       Plaintiff,

v.                                                                    Case No.: 1:24−cv−11350

                                                                                Honorable Sharon Johnson Coleman

North Lawndale College Preparatory Charter
High School, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2025:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/7/2025. Counsel for the individual defendants and defendants Paycor, Inc., North Lawndale College Preparatory Charter High School, and Board of Directors of North Lawndale College Preparatory Charter High School were present in court. Counsel for defendant Board of Trustees of the Public School Teachers' Pension & Retirement Fund of Chicago appeared remotely over the phone. Plaintiff's counsel did not appear at the status hearing. Instead of requesting that the Court reschedule the hearing, Plaintiff's counsel asked Terry Blanchard, for whom no appearance has been made in this case, to speak on behalf of Plaintiff. Ms. Blanchard told the Court that Jessica G. Brown, Plaintiff's counsel of record, "asked [her] yesterday to step up on this case," and that Ms. Brown "could not appear because she recently started employment with an agency that precludes her appearing." When asked if Calvita J. Frederick, Plaintiff's other counsel of record, was still on the case, Ms. Blanchard replied "I don't believe so." Ms. Blanchard also told the Court that it was "not [her] understanding that [she was] taking over" as counsel for Plaintiff.The Court notes that Illinois Rule of Professional Conduct 1.3 provides that "[a] lawyer shall act with reasonable diligence and promptness in representing a client." Ill. R. Prof'l Conduct 1.3 (2010). Comment 4 to Rule 1.3 states that, "[u]nless the relationship is terminated as provided in Rule 1.16, a lawyer should carry through to conclusion all matters undertaken for a client." Id. Additionally, Local Rule 83.16(e) provides that "[a]n attorney who fails to file an appearance form where required to do so by this rule may be sanctioned." Ms. Frederick, Ms. Brown, and Ms. Blanchard are put on notice that this Court expects compliance with the rules of this Court and the ethical and professional obligations by which attorneys in this state are bound.Plaintiff's request for remand, included in Plaintiff's Notice of Voluntary Dismissal 30, is procedurally improper. A request to remand the case must be made on motion. Plaintiff's deadline to file a motion to remand is March 17, 2025. Defendants' response to Plaintiff's motion to remand is due March 31, 2025. Plaintiff's reply is due April 14, 2025. Briefing on Defendant Paycor's motion to dismiss 29 is stayed pending adjudication of the motion to remand; the Court grants Plaintiff's motion 31 only as it pertains to the stay of briefing on Defendant Paycor's motion to dismiss. The Court strikes Defendant Paycor's motion to

set a briefing schedule on Plaintiff's motion to remand 34 as moot. The deadline for a responsive pleading from the other defendants is likewise stayed until the Court's decision on the motion to remand; the Court grants the motion at 37 accordingly. As applicable and appropriate, counsel of record in this case are directed to file motions to seek leave of court to withdraw their representation by March 10, 2025. If Plaintiff has retained new counsel, such counsel should file an appearance by March 10, 2025. Plaintiff's counsel are not permitted to appear remotely for future hearings without extraordinary reason, and only if appearances are filed. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.