UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Lakeisha Stone

Plaintiff,

v. Case No.: 1:24−cv−11350

Honorable Sharon Johnson Coleman

North Lawndale College Preparatory Charter High School, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to withdraw as attorney [43] is granted. Presentment date of 3/18/2025 is stricken. All deadlines relating to Plaintiff's contemplated motion to remand are vacated. An in−person status hearing is set for 4/1/2025 at 10:00 AM. If Plaintiff has not retained new counsel by the next status hearing on 4/1/2025, Plaintiff must attend. If Plaintiff does not attend, the Court may dismiss this case for want of prosecution. Briefing on Defendant Paycor's motion to dismiss [29] continues to be stayed. The deadline for a responsive pleading from the other defendants is likewise stayed. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.