# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: STONE VS NLCP, et al    Case Number: 24 CV 11350

An appearance is hereby filed by the undersigned as attorney for:
LAKEISHA STONE

Attorney name (type or print): LAKEISHA STONE

Firm: PRO SE

Street address: 1510 S 48TH COURT

City/State/Zip: CICERO, IL. 60804

Bar ID Number:    Telephone Number: 773-870-9978
(See item 3 in instructions)

Email Address: lakeisah_stone@yahoo.com

**FILED**
MAR 31 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 30, 2025

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023