IC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 31 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | |
| **LAKEISHA STONE** ) | 24 CV 11350 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) Hon. Judge Coleman | |
| ) | |
| **North Landale College Preparatory Charter** ) | |
| **High School, et al.** ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW THE PLAINTIFF, LAKEISHA STONE, pro se,** and pursuant to Federal Rules of Civil Procedure **41(a)(1)(A) voluntarily dismisses the within action, *without prejudice*.**

Respectfully submitted,

Dated September 24, 2019

Pro Se Plaintiff

LaKeisha Stone
Plaintiff
1510 S. 48th Court
Cicero, Illinois 60804
(773) 870-9978
Lakeisha_stone@Yahoo.com