

**FILED**

MAR 3 1 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE THE MATTER OF:                          )
                                              )
LAKEISHA STONE                                )
                                              )    **24 CV 11350**
                    Plaintiffs,               )
                                              )
vs.                                           )
                                              ) Hon. Judge Coleman
                                              )
North Landale College Preparatory Charter     )
High School, et al.                           )
                    Defendants.               )

## NOTICE OF FILING

PLEASE TAKE NOTICE, that on March 31, 2025, I caused to be filed the attached:

NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

TO:    See Attached List

I hereby certify that on March 31, 2025, I provided service to the persons listed above by the following means: electronic filing system, and or email.

Signature:                                    Date: <u>March 31, 2025</u>

LaKeisha Stone
Plaintiff
1510 S. 48th Court
Cicero, Illinois 60804
(773) 870-9978
Lakeisha_stone@Yahoo.com